**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DERRICK WHITE,

        Petitioner,               21 **CIVIL** 5980 (RA)

   -against-                         **JUDGMENT**

SUPERINTENDENT WOLCOTT, Attica
Correctional Facility,

        Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated April 22, 2025, the Court adopts Judge Cave's Report and Recommendation in its entirety. The Petition is denied. Accordingly, the case is closed.

**Dated:** New York, New York
         April 23, 2025

                                                       **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                     **BY:**

                                                          **Deputy Clerk**